# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PREMERA BLUE CROSS CUSTOMER
DATA SECURITY BREACH LITIGATION     MDL No. 2633

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –1)

On June 16, 2015, the Panel transferred 7 civil action(s) to the United States District Court for the District of Oregon for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the District of Oregon. With the consent of that court, all such actions have been assigned to the Honorable Michael H. Simon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Oregon and assigned to Judge Simon.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Oregon for the reasons stated in the order of June 16, 2015, and, with the consent of that court, assigned to the Honorable Michael H. Simon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Oregon. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 25, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Certified to be a true and correct copy of original filed in this District

Dated: 06/25/2015

**MARY L. MORAN, Clerk of Court**
U.S. District Court of Oregon

By: s/ Eric Oss

Pages ___1___ Through ___2___

IN RE: PREMERA BLUE CROSS CUSTOMER
DATA SECURITY BREACH LITIGATION                    MDL No. 2633


### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALASKA** | | | |
| AK | 3 | 15−00060 | Fuerst v. Premera Blue Cross |
| AK | 4 | 15−00013 | Kaihoi v. Premera et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 15−01139 | Dudley v. Premera Blue Cross |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 15−00512 | Kaplowitz v. Premera Blue Cross |
| WAW | 2 | 15−00516 | Underwood v. Premera Blue Cross |
| WAW | 2 | 15−00523 | Burkhardt v. Premera Blue Cross et al |
| WAW | 2 | 15−00539 | Webb et al v. Premera Blue Cross |
| WAW | 2 | 15−00546 | Devine v. Premera Blue Cross |
| WAW | 2 | 15−00552 | Welch v. Premera Blue Cross |
| WAW | 2 | 15−00558 | Powers v. Premera Blue Cross |
| WAW | 2 | 15−00588 | Olson v. Premera Blue Cross |
| WAW | 2 | 15−00591 | Emerson v Premera Blue Cross |
| WAW | 2 | 15−00603 | Facchinello v. Premera Blue Cross et al |
| WAW | 2 | 15−00626 | Hardan et al v. Premera Blue Cross |
| WAW | 2 | 15−00632 | Christopherson v. Premera Blue Cross |
| WAW | 2 | 15−00637 | Prothero v. Premera Blue Cross |
| WAW | 2 | 15−00654 | Astengo et al v. Premera Blue Cross |
| WAW | 2 | 15−00658 | Lynch v. Premera Blue Cross |
| WAW | 2 | 15−00670 | Miller v Premera Blue Cross |
| WAW | 2 | 15−00709 | Eykel v. Premera Blue Cross |